IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40830
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GEOVANI CARRILLO-RETIGUING,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-01-CR-107-1
--------------------
February 21, 2002

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Geovani Carrillo-Retiguing (Carrillo) on appeal has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Carrillo has received a copy of counsel's brief, but he has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous appellate issue. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responsibilities herein, and the APPEAL IS DISMISSED.  5TH CIR. R. 42.2.